

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2015

No. 04-14-00675-CV

John Michael **DONOHUE**,
Appellant

v.

Bandera Co. Sheriff's Dept.; Daniel R. Butts, Sheriff; J.J. Martinez, Deputy; John Doe#1, John
Doe #2; John **DOE #3,**
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000239
Honorable M. Rex Emerson, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received
and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief
is this date GRANTED. Time is extended to March 23, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     John M. Donohue          Michael A. Shaunessy
        1502 South 1st Street        600 Congress Ave, Suite 2100
        Diboll, TX 75941           Austin, TX 78701